**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GAVINA<br><br>PLAINTIFF(S)<br>v.<br><br>AMAZON.COM SERVICES, LLC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 5:24-674 CAS |
| | **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

April 4, 2024
Date

*Christina A. Snyder*
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge Hernan D. Vera for all further proceedings. On all documents subsequently filed in this case, please substitute the initials HDV after the case number in place of the initials of the prior judge so that the case number will read 5:24-cv-0674 HDV(SHKx) . This is very important because documents are routed to the assigned judge by means of the initials.

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*